IN THE MATTER OF THE ESTATE OF JULIA SIMON, DECEASED.

VICTOR RACZ, AS EXECUTOR, ETC., PLAINTIFF-RESPONDENT, v. MIHALY BARSCIK, ET ALS., DEFENDANTS-APPELLANTS.

Argued November 24, 1952—Decided December 1, 1952.

*Mr. Morton Stavis* argued the cause for the appellants (*Messrs. Gross & Blumberg*, attorneys; *Mr. William Rossmore*, of counsel).

No appearance for the respondent.

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge Jayne in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.